UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARLENE C. GORING, ET AL

VERSUS

RICHARD M. ROSS, JR., ET AL

CIVIL ACTION

NO. 05-860-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the motion for summary judgment filed by defendants Kristina W. Shapiro and Shapiro and Shapiro, L.L.C. is granted and the cross motion for summary judgment filed by plaintiffs, Darlene C. Goring, Gail C. Goring, Gloria W. Goring and Wayne A. Goring is denied.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that, because all of the federal claims in this matter have been dismissed, the court declines to exercise supplemental jurisdiction over the remaining state law claims and this matter is dismissed.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, July 3, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA